**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: STONE, MIKE § | Case No. 10-49955-JS |
| STONE, CINDY § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 02/24/2012 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  01/12/2012        By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                    Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: STONE, MIKE | § | Case No. 10-49955-JS |
| STONE, CINDY | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 53,549.04 |
| *and approved disbursements of* | $ 438.77 |
| *leaving a balance on hand of* [1] | $ 53,110.27 |
| **Balance on hand:** | $ 53,110.27 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 53,110.27 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 5,927.41 | 0.00 | 5,927.41 |
| Attorney for Trustee, Fees - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 1,503.75 | 0.00 | 1,503.75 |
| Attorney for Trustee, Expenses - GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | 44.68 | 0.00 | 44.68 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,200.00 | 0.00 | 1,200.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,675.84 |
| Remaining balance: | $ 44,434.43 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 44,434.43 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $53,943.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Internal Revenue Service | 53,943.25 | 0.00 | 44,433.55 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 44,433.55 |
| Remaining balance: | $ | 0.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 207,005.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 33,829.19 | 0.00 | 0.00 |
| 2 | Chase Bank USA, N.A. | 5,586.28 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | 1,078.96 | 0.00 | 0.00 |
| 4 | Chase Bank USA, N.A. | 9,793.09 | 0.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 10,752.90 | 0.00 | 0.00 |
| 6 | Chase Bank USA, N.A. | 5,983.26 | 0.00 | 0.00 |
| 7 | Chase Bank USA, N.A. | 8,779.76 | 0.00 | 0.00 |
| 8 | Chase Bank USA, N.A. | 7,687.20 | 0.00 | 0.00 |
| 9 | FIA CARD SERVICES, N.A. | 23,775.21 | 0.00 | 0.00 |
| 10 | American Express Bank, FSB | 1,197.62 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | Chase Bank USA, N.A. | 35,508.47 | 0.00 | 0.00 |
| 12 | WORLD'S FOREMOST BANK | 3,060.06 | 0.00 | 0.00 |
| 13 | JPMorgan Chase Bank, NA | 59,973.14 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.88 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.88 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.88 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-49955-CD
Mike Stone                                                            Chapter 7
Cindy L Stone
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons          Page 1 of 3          Date Rcvd: Jan 13, 2012
                              Form ID: pdf006         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2012.
```
db/jdb     +Mike Stone,   Cindy L Stone,    29w019 colford,    West Chicago, IL 60185-2418
17486467    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16394140   +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
16394143   +Bank One/Chase,   8333 Ridgepoint Dr,    Irving, TX 75063-5812
16394142    Bank of America,   4060 Ogletown rd,    Newark, DE 19713
16394141   +Bank of America,   PO Box 15710,    Wilmington, DE 19886-5710
16394156  ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court:   Chrysler Credit,    Po Box 8065,    Royal Oak, MI 48068)
16394144   +Capital,   PO Box 6492,    Carol Stream, IL 60197-6492
16394145   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16394149   +Chase,   po Box 15153,   Wilmington, DE 19886-5153
16394150   +Chase,   po box,   Wilmington, DE 19886-0001
16394154   +Chase,   po box 1905,   Highland Park, IL 60035-7905
17435033    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16394155   +Chase Manhattan Mtg,   G7-Pp,   3415 Vision Dr.,    Columbus, OH 43219-6009
16394160   +Citizens Bank,   480 Jefferson Blvd,    Rje 135,    Warwick, RI 02886-1359
16394161   +Cpu/citi,   Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
17444502    FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102
16394163   +Household Mortgage Services,    Po Box 9068,    Brandon, FL 33509-9068
16787191    IDES,   19300,   Springfield, IL 62794
17773370  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court:   Internal Revenue Service,    Cincinnati OH 45999-0039)
16787192   +Illinois Department of Revenue,    PO Box 19447,    Springfield, IL 62794-9447
17717001    JPMorgan Chase Bank, NA,    Attn Recovery AZ1-1004,    201 North Central Ave Phoenix, AZ 85004
16394165   +Rnb-fields3,   Po Box 9475,    Minneapolis, MN 55440-9475
16394166   #+Robert Stone,   326 North Lombard,    Lombard, IL 60148-2013
16394167   +Sears/cbsd,   701 East 60th St N,    Sioux Falls, SD 57104-0432
16394168    Sherwin Williams,   38 W 365 Rt 38,    West Chicago, IL 60185
17659839    WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
16394171    Wells Fargo,   PO Box,    Los Angeles, CA 90054
16394172   +Worlds Foremost Bank N,    Attn: Collections,    Po Box 82608,    Lincoln, NE 68501-2608
16394159   +citi Business,   PO box 6235,    Sioux Falls, SD 57117-6235
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16394162   +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2012 03:45:11      Gemb/jcp,    Attention: Bankruptcy,
             Po Box 103106,   Roswell, GA 30076-9106
17773370    E-mail/Text: cio.bncmail@irs.gov Jan 14 2012 02:15:19      Internal Revenue Service,
             Cincinnati OH 45999-0039
16394164   +E-mail/Text: bankrup@nicor.com Jan 14 2012 02:19:23      Nicor Gas,
             Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
16394170    E-mail/Text: vci.bkcy@vwcredit.com Jan 14 2012 02:34:22      Volkswagon Credit Inc,
             1401 Franklin Blvd,   Libertyville, IL 60048
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16394169    Toyota Motor Credit,    Must call 800-874-8822
16394157*  ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court:   Chrysler Credit,    Po Box 8065,    Royal Oak, MI 48068)
16394158*  ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court:   Chrysler Credit,    Po Box 8065,    Royal Oak, MI 48068)
16394146*  +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16394147*  +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16394148*  +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16394153*  +Chase,   po Box 15298,   Wilmington, DE 19850-5298
16394152*  +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
16394151*  +chase,   po box,   Wilmington, DE 19886-0001
                                                                                     TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1           User: csimmons              Page 2 of 3                    Date Rcvd: Jan 13, 2012
                               Form ID: pdf006             Total Noticed: 33
```

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2012**                     **Signature:**      *Joseph Speetjens*

```
District/off: 0752-1          User: csimmons              Page 3 of 3          Date Rcvd: Jan 13, 2012
                              Form ID: pdf006             Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2012 at the address(es) listed below:
          David E Grochocinski   on behalf of Trustee David Grochocinski lawyers@ggl-law.com, lawyers@ggl-law.com
          David E Grochocinski   dgrochocinski@ggl-law.com, IL22@ecfcbis.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Ronald E. Lang   on behalf of Debtor Mike Stone ronaldelang@msn.com
          TOTAL: 4