**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-49955-DRC |
| | § | |
| MIKE STONE | § | |
| CINDY STONE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $4,000.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $44,387.75 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $9,161.74 | | |

3) Total gross receipts of $53,549.49 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $53,549.49 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $9,161.74 | $9,161.74 | $9,161.74 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $53,943.25 | $53,943.25 | $44,387.75 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $207,005.14 | $207,005.14 | $0.00 |
| **Total Disbursements** | NA | $270,110.13 | $270,110.13 | $53,549.49 |

4). This case was originally filed under chapter 7 on 11/08/2010. The case was pending for -1330 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/12/2012             By:   /s/ David E. Grochocinski
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| LIFE INSURANCE POLICY | 1229-000 | $53,544.50 |
| Interest Earned | 1270-000 | $4.99 |
| **TOTAL GROSS RECEIPTS** | | **$53,549.49** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE, Trustee | 2100-000 | NA | $5,927.41 | $5,927.41 | $5,927.41 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $47.13 | $47.13 | $47.13 |
| The Bank of New York Mellon | 2600-000 | NA | $438.77 | $438.77 | $438.77 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD., Attorney for Trustee | 3110-000 | NA | $1,503.75 | $1,503.75 | $1,503.75 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD., Attorney for Trustee | 3120-000 | NA | $44.68 | $44.68 | $44.68 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC, Accountant for Trustee | 3410-000 | NA | $1,200.00 | $1,200.00 | $1,200.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $9,161.74 | $9,161.74 | $9,161.74 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Internal Revenue Service | 5800-000 | NA | $53,943.25 | $53,943.25 | $44,387.75 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $53,943.25 | $53,943.25 | $44,387.75 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | NA | $33,829.19 | $33,829.19 | $0.00 |
| 2 | Chase Bank USA, N.A. | 7100-000 | NA | $5,586.28 | $5,586.28 | $0.00 |
| 3 | Chase Bank USA, N.A. | 7100-000 | NA | $1,078.96 | $1,078.96 | $0.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | NA | $9,793.09 | $9,793.09 | $0.00 |
| 5 | Chase Bank USA, N.A. | 7100-000 | NA | $10,752.90 | $10,752.90 | $0.00 |
| 6 | Chase Bank USA, N.A. | 7100-000 | NA | $5,983.26 | $5,983.26 | $0.00 |
| 7 | Chase Bank USA, N.A. | 7100-000 | NA | $8,779.76 | $8,779.76 | $0.00 |
| 8 | Chase Bank USA, N.A. | 7100-000 | NA | $7,687.20 | $7,687.20 | $0.00 |
| 9 | FIA CARD SERVICES, N.A. | 7100-000 | NA | $23,775.21 | $23,775.21 | $0.00 |
| 10 | American Express Bank, FSB | 7100-000 | NA | $1,197.62 | $1,197.62 | $0.00 |
| 11 | Chase Bank USA, N.A. | 7100-000 | NA | $35,508.47 | $35,508.47 | $0.00 |
| 12 | WORLD'S FOREMOST BANK | 7100-000 | NA | $3,060.06 | $3,060.06 | $0.00 |
| 13 | JPMorgan Chase Bank, NA | 7100-000 | NA | $59,973.14 | $59,973.14 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $207,005.14 | $207,005.14 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| | | |
|---|---|---|
| **Case No.:** 10-49955-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** STONE, MIKE AND STONE, CINDY | **Date Filed (f) or Converted (c):** | 11/08/2010 (f) |
| **For the Period Ending:** 4/12/2012 | **§341(a) Meeting Date:** | 01/12/2011 |
| | **Claims Bar Date:** | 08/26/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  29 W 019 COLFORD, WEST CHICAGO, IL | $220,000.00 | $0.00 | | $0.00 | FA |
| 2  HOUSEHOLD GOODS | $2,000.00 | $0.00 | | $0.00 | FA |
| 3  2008 TOYOTA TUNDRA | $16,000.00 | $0.00 | | $0.00 | FA |
| 4  1995 CELEBRITY 23 FOOT BOAT | $5,600.00 | $0.00 | | $0.00 | FA |
| 5  DIAMOND DECORATING INC. SPRAYERS; VAN | $2,000.00 | $0.00 | | $0.00 | FA |
| 6  POSSIBLE TAX REFUND (u) | Unknown | Unknown | DA | $0.00 | FA |
| 7  LIFE INSURANCE POLICY (u) | $35,869.15 | $35,869.15 | | $53,544.50 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $4.99 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                          **Gross Value of Remaining Assets**
                                            $281,469.15              $35,869.15                          $53,549.49                    $0.00

**Major Activities affecting case closing:**
  TURNOVER OF INSRUANCE DUNDS; FINAL REPORT SENT TO US TRUSTEE'S OFFICE ON DECEMBER 1, 2011

**Initial Projected Date Of Final Report (TFR):**   06/30/2012      **Current Projected Date Of Final Report (TFR):**   06/30/2012      /s/ DAVID E. GROCHOCINSKI
                                                                                                                                        DAVID E. GROCHOCINSKI

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| **Case No.** | 10-49955-DRC | | **Trustee Name:** | David E. Grochocinski |
|---|---|---|---|---|
| **Case Name:** | STONE, MIKE AND STONE, CINDY | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******6500 | | **Money Market Acct #:** | ******1565 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 11/8/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/12/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/28/2011 | (7) | MICHAEL & CINDY STONE | LIQUIDATION OF INSURANCE | 1229-000 | $53,544.50 | | $53,544.50 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.08 | | $53,544.58 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.36 | | $53,545.94 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.44 | | $53,546.38 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.45 | | $53,546.83 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $102.69 | $53,444.14 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.45 | | $53,444.59 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $124.49 | $53,320.10 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($3.67) | $53,323.77 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.43 | | $53,324.20 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $109.56 | $53,214.64 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.45 | | $53,215.09 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $105.70 | $53,109.39 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.43 | | $53,109.82 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $116.41 | $52,993.41 |
| 12/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($116.41) | $53,109.82 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.45 | | $53,110.27 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.45 | | $53,110.72 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $53,110.72 | $0.00 |
| | | | | **SUBTOTALS** | $53,549.49 | $53,549.49 | |

Case 10-49955   Doc 52   Filed 04/19/12   Entered 04/19/12 08:41:17   Desc Main
Document       Page 7 of 10

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-49955-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | STONE, MIKE AND STONE, CINDY | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******6500 | | Money Market Acct #: | ******1565 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 11/8/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | | TOTALS: | $53,549.49 | $53,549.49 | $0.00 |
| | | | Less: Bank transfers/CDs | $0.00 | $53,110.72 | |
| | | | Subtotal | $53,549.49 | $438.77 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $53,549.49 | $438.77 | |

**For the period of  11/8/2010 to 4/12/2012**                                                **For the entire history of the account between 04/28/2011 to 4/12/2012**

| | | | | |
|---|---|---|---|---|
| Total Compensable Receipts: | $53,549.49 | | Total Compensable Receipts: | $53,549.49 |
| Total Non-Compensable Receipts: | $0.00 | | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $53,549.49 | | Total Comp/Non Comp Receipts: | $53,549.49 |
| Total Internal/Transfer Receipts: | $0.00 | | Total Internal/Transfer Receipts: | $0.00 |
| | | | | |
| Total Compensable Disbursements: | $438.77 | | Total Compensable Disbursements: | $438.77 |
| Total Non-Compensable Disbursements: | $0.00 | | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $438.77 | | Total Comp/Non Comp  Disbursements: | $438.77 |
| Total Internal/Transfer  Disbursements: | $53,110.72 | | Total Internal/Transfer  Disbursements: | $53,110.72 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 10-49955-DRC |
| **Case Name:** | STONE, MIKE AND STONE, CINDY |
| **Primary Taxpayer ID #:** | ******6500 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 11/8/2010 |
| **For Period Ending:** | 4/12/2012 |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Bank Name:** | The Bank of New York Mellon |
| **Checking Acct #:** | ******1566 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 11/8/2010 to 4/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/28/2011 to 4/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-49955-DRC | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | STONE, MIKE AND STONE, CINDY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******6500 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/8/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $53,110.72 | | $53,110.72 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Tern: 2/1/12 to 2/01/13 | 2300-000 | | $47.13 | $53,063.59 |
| 02/27/2012 | 5002 | DAVID GROCHOCINSKI, TRUSTEE | Trustee Compensation | 2100-000 | | $5,927.41 | $47,136.18 |
| 02/27/2012 | 5003 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | | 3110-000 | | $1,503.75 | $45,632.43 |
| 02/27/2012 | 5004 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | | 3120-000 | | $44.68 | $45,587.75 |
| 02/27/2012 | 5005 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | | 3410-000 | | $1,200.00 | $44,387.75 |
| 02/27/2012 | 5006 | Internal Revenue Service | | 5800-000 | | $44,387.75 | $0.00 |
| | | | TOTALS: | | $53,110.72 | $53,110.72 | $0.00 |
| | | | Less: Bank transfers/CDs | | $53,110.72 | $0.00 | |
| | | | Subtotal | | $0.00 | $53,110.72 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $53,110.72 | |

| For the period of 11/8/2010 to 4/12/2012 | | For the entire history of the account between 02/07/2012 to 4/12/2012 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $53,110.72 | Total Internal/Transfer Receipts: | $53,110.72 |
| | | | |
| Total Compensable Disbursements: | $53,110.72 | Total Compensable Disbursements: | $53,110.72 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $53,110.72 | Total Comp/Non Comp Disbursements: | $53,110.72 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-49955-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | STONE, MIKE AND STONE, CINDY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******6500 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/8/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/12/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $53,549.49 | $53,549.49 | $0.00 |

**For the period of 11/8/2010 to 4/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $53,549.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $53,549.49 |
| Total Internal/Transfer Receipts: | $53,110.72 |
| | |
| Total Compensable Disbursements: | $53,549.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $53,549.49 |
| Total Internal/Transfer Disbursements: | $53,110.72 |

**For the entire history of the case between 11/08/2010 to 4/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $53,549.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $53,549.49 |
| Total Internal/Transfer Receipts: | $53,110.72 |
| | |
| Total Compensable Disbursements: | $53,549.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $53,549.49 |
| Total Internal/Transfer Disbursements: | $53,110.72 |